THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDMUND WILLIAMS, Appellant, v MICHAEL CORCORAN, Superintendent, Cayuga Correctional Facility, Respondent. [887 NYS2d 901]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered September 4, 2008 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

In the Matter of ANDREW P. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SANDRA W. et al., Appellants. [887 NYS2d 900]—Appeals from an order of the Family Court, Oneida County (James R. Griffith, J.), entered July 19, 2007 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed Kallea P. in the care and custody of petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.